■ In the Matter of GEORGE H. WOOD, an Attorney, Respondent. BAR ASSOCIATION OF NASSAU COUNTY, INC., Petitioner.— Motion by respondent for leave to reargue petitioner's motion to confirm report and to stay orders of this court dated July 12, 1966 and November 28, 1966, respectively, and for other relief is disposed of as follows: Motion for stay granted; and matter remitted to Hon. Cortland A. Johnson, a Justice of the Supreme Court, for further proceedings. Ughetta, Acting P. J., Christ, Brennan and Benjamin, JJ., concur.